Form 27 - GENERAL PURPOSE                                                                                          K

                           **COHEN & FITCH LLP**   **COHEN & FITCH LLP**
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK
------------------------------------------------------------
DAVID SOLL                                                              index No. CV11-2143
                                                     PLAINTIFF          Date Filed
                                - vs -

THE CITY OF NEW YORK, ETAL
                                                     DEFENDANT          Office No.
                                                                        Court Date.
------------------------------------------------------------
            STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**BRETT GOLUB** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **06TH** day of **MAY, 2011 12:56 PM** at
            **%MICHAEL A CARDOZO, CORP COUNSEL OF THE CITY OF NEW YORK, 100 CHURCH ST, 4TH FL**
            **NEW YORK NY 10007**
I served a true copy of the **SUMMONS AND COMPLAINT, CIVIL COVER SHEET**
upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named by delivering to, and leaving personally with
**PHILIP CLARK, CLERK AUTHORIZED TO ACCEPT**
a true copy of each thereof.
            Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

                    SEX: **MALE**    COLOR: **WHITE** HAIR: **GRAY**
                    APP.AGE: **45** APP. HT: **5/8** APP. WT: **160**
                    OTHER IDENTIFYING FEATURES
                    **GLASSES**


COMMENTS:


Sworn to before me this
09TH day of MAY, 2011


JOEL GOLUB
Notary Public, NASSAU COUNTY             _____
   01G04751136                           BRETT GOLUB 1239212
Qualified in NASSAU COUNTY               AETNA JUDICIAL SERVICE INC
Commission Expires 12/31/2013            225 BROADWAY, SUITE 1802
                                         NEW YORK, NY, 10007
                                         Reference No: 3-CF-141616