

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

LINDA MINDRUTIU
Assistant Corporation Counsel
phone: (212) 788-1177
fax: (212) 788-9776
email: lmindrut@law.nyc.gov

July 26, 2011

BY ECF
Honorable Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  <u>David Soll v. City of New York, et al.</u>, 11 CV 2143 ENV-VVP

Dear Magistrate Judge Pohorelsky:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, defending the City of New York and Police Officer Lloyd Hanson in the above-referenced case. Without appearing or making any representations as to the adequacy of service or otherwise on his behalf, defendants respectfully request that the Court <u>sua sponte</u> grant the other individually named defendant in this action, Police Officer Terrance Smalls, a one (1) week extension of time, until August 2, 2011, to answer or respond to plaintiff's complaint. This request is made in light of the fact that, to date, this Office has been unable to resolve representation issues related to Police Officer Smalls. i. Defendants therefore hope that the Court will grant Police Officer Smalls this brief extension, so that his defenses are not jeopardized while representational issues are decided. This request is made with the consent of plaintiff's counsel, Gerald M. Cohen, Esq.

- 2 -

Thank you for your consideration in this regard.

Respectfully submitted,

*Linda Mindrutiu*

Linda Mindrutiu
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   BY ECF
Matthew Benjamin Shroyer
Gerald M. Cohen
Cohen & Fitch LLP
225 Broadway
Suite 2700
New York, NY 10007