BEFORE: VIKTOR V. POHORELSKY               DATE:        12/16/11
            U.S. MAGISTRATE JUDGE        START TIME:  3:30 p.m.
                                          END TIME:    3:45 p.m.
DOCKET NO.   CV-11-2143                    JUDGE:       ENV

CASE NAME:   Soll v. City of New York

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone

APPEARANCES:   Plaintiff      Matthew Shroyer
               Defendant     Linda Mindrutiu

SCHEDULING AND RULINGS:

1. The parties have been conducting documentary discovery without disputes and will schedule depositions if settlement discussions, which are ongoing, are not successful in resolving the matter. The parties anticipate perhaps three depositions, and therefore should have no difficulty meeting the February 20, 2012 deadline. They are cautioned, however, to begin plans for taking the depositions to avoid scheduling difficulties, as they will be held to the deadline.

2. The next conference will be held by telephone on **February 24, 2012 at 2:30 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400).