

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT

MICHAEL A. CARDOZO
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

LINDA MINDRUTIU
Assistant Corporation Counsel
phone: (212) 788-1177
fax: (212) 788-9776
email: lmindrut@law.nyc.gov

February 23, 2012

BY ECF
Honorable Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  <u>David Soll v. City of New York, et al.</u>, 11 CV 2143 ENV-VVP

Your Honor:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter. I am writing to inform the Court that the parties have settled this matter and will be filing a Stipulation of Settlement and Order of Dismissal for the Court's endorsement soon. I also request that the telephonic status conference set for February 24, 2012 at 2:30pm be cancelled.

      Respectfully submitted,

      */s/ Linda Mindrutiu*

      Linda Mindrutiu
      Assistant Corporation Counsel
      Special Federal Litigation Division

cc:    <u>BY ECF</u>
      Matthew Benjamin Shroyer