UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                              :
                                              :
                                              :
David Soll,                                   :
                                              :
                    Plaintiff,                :        ORDER OF DISCONTINUANCE
                                              :
          - against -                         :
                                              :        1:11-cv-02143-ENV-VVP
                                              :
City of New York et al,                       :
                                              :
                                              :
                                              :
                    Defendants.               :
                                              :
-----------------------------------------------------------X

VITALIANO, D.J.

     The Court having been advised that this action has been settled,

     Therefore, this action is discontinued without cost and with prejudice, except as to the

right to reopen the action if the settlement is not consummated.

     The Clerk is directed to close this case.


       SO ORDERED.

DATED:    Brooklyn, New York
         2/28/2012

                                     s/ ENV
                                   _____
                                   ERIC N. VITALIANO
                                   U.S.D.J.



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

LINDA MINDRUTIU
Assistant Corporation Counsel
phone: (212) 788-1177
fax: (212) 788-9776
email: lmindrut@law.nyc.gov

February 23, 2012

BY ECF
Honorable Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   David Soll v. City of New York, et al., 11 CV 2143 ENV-VVP

Your Honor:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter. I am writing to inform the Court that the parties have settled this matter and will be filing a Stipulation of Settlement and Order of Dismissal for the Court's endorsement soon. I also request that the telephonic status conference set for February 24, 2012 at 2:30pm be cancelled.

Respectfully submitted,

Linda Mindrutiu
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   BY ECF
Matthew Benjamin Shroyer